# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND MAY,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>F/V LORENA MARIE, Official No. 939683, her Tackle, Apparel, Boats, Appurtenances, *In Rem*; JAMES SKONBERG and JANE DOE SKONBERG, husband and wife, *In Personam,*<br><br>　　　　　Defendants. | Case No. 3:09-cv-00114-JWS-JDR<br><br>**ORDER REGARDING**<br>**CERTIFICATION FOR TRIAL**<br><br>Dockets 36 & 37 |

　　　　　The Plaintiff filed a Status Report at Docket 36 indicating that some discovery was still outstanding and the Plaintiff was not yet ready for the magistrate judge to certify this case for trial. At Docket 37 the Defendant filed a Status Report indicating there were no discovery issues and the Defendant is ready for trial. There are currently no discovery motions pending. The parties shall have until close of

business on Tuesday, March 29, 2011 to file any final discovery motions. If none are filed, the magistrate judge will certify the case for trial.   IT IS SO ORDERED.

DATED this   21st   day of March, 2011, at Anchorage, Alaska.

    /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge