UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RAYMOND MAY,

        Plaintiff,

vs.

F/V LORENA MARIE, Official No. 939683, her Tackle, Apparel, Boats, Appurtenances, *In Rem*; JAMES SKONBERG and JANE DOE SKONBERG, husband and wife, *In Personam,*

        Defendants.

Case No. 3:09-cv-00114-JWS-JDR

ORDER REGARDING COSTS AND FEES FOR DISCOVERY VIOLATIONS

Dockets 67, 70 & 71

        In the Court's *Order Regarding Motion to Compel Production of Photos and Film or for Application of Spoliation of Evidence Rule* at Docket 67, the Plaintiff was awarded Costs and Fees associated with the depositions of Devon Skonberg and Darren Muller on June 7 and June 9, 2011 and the relevant costs for the filing of Plaintiff's Motion at Docket 41.

At Docket 70, James Brennan filed his Declaration regarding his relevant costs and fees, totaling $2,887.28. At Docket 71, Steven Gibbons filed the same, with relevant costs and fees totaling $21,708.73.[1]

When the final costs and fees are calculated in this matter, the Defendant shall pay the Plaintiff $24,596.46 in accordance with the Court's Order at Docket 67.

IT IS SO ORDERED.

DATED this   17th   day of November, 2011, at Anchorage, Alaska.

                                          /s/ John D. Roberts
                                          JOHN D. ROBERTS
                                          United States Magistrate Judge

---

[1] Mr. Gibbons calculation for his total fees appears to be off by $10.00. The Court's calculation is that the fees should total $19,019.50. Additionally, Mr. Gibbons did not actually provide the Court with a final calculation of relevant costs and fees. But, based on the information in his filing, the Court believes the relevant costs and fees total $21,708.73.