UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RAYMOND MAY,<br><br>        Plaintiff,<br>vs.<br><br>F/V LORENA MARIE, Official No. 939683, her Tackle, Apparel, Boats, Appurtenances, *In Rem*; JAMES SKONBERG and JANE DOE SKONBERG, husband and wife, *In Personam*,<br><br>        Defendants. | Case No. 3:09-cv-00114-JWS-JDR<br><br>**ORDER REGARDING MOTION<br>FOR RECONSIDERATION**<br><br>Docket 74 |

Defendant filed a *Motion for Reconsideration of the Court's November 17, 2011 Order Regarding Costs and Fees for Discovery Violations* at Docket 74. The referenced Court Order was entered at Docket 73. After reviewing the Defendant's Motion, the Court GRANTS THE REQUEST FOR RECONSIDERATION.

Defendant shall file proposed computations of reasonable costs and fees, based on the arguments and case law presented in the Motion at Docket 74, by **close of business on Wednesday, December 7, 2011**.  Plaintiff shall file his response, including detailed accountings, total calculations, and any arguments in response to the Defendant's Motion at Docket 74, by **close of business on Monday, December 19, 2011**.

IT IS SO ORDERED.

DATED this   23rd   day of November, 2011, at Anchorage, Alaska.

 /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge